IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC BENNETT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07cv325-MEF-TFM |
| | ) |
| MICHAEL PATRICK, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## ORDER

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. # 2) filed on April 13, 2007, by counsel for Plaintiff Cedric Bennett. It is hereby ORDERED that on or before **April 24, 2007**, counsel for Plaintiff Cedric Bennett shall file a brief in support of the Motion to Proceed *In Forma Pauperis*. This brief must contain citations to proper legal authority for the proposition that Plaintiff is eligible for the relief he seeks. The brief must also specifically address the appropriateness of the relief requested in light of the fact that he is represented by counsel in this action and does not appear to be a prisoner.

DONE this the 17th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE