IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CEDRIC BENNETT, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO.  2:07cv325-MEF-TFM |
| | ) |
| MICHAEL PATRICK, et al., | ) |
| | ) |
| DEFENDANTS. | ) |

## ORDER

This cause is before the Court on the Motion to Proceed *In Forma Pauperis* (Doc. # 2) filed on April 13, 2007, by counsel for Plaintiff Cedric Bennett.  The Court wishes the plaintiff to fully understand the limited nature of being allowed to proceed *in forma pauperis* which only permits the plaintiff to commence this suit without prepayment of fees and court costs.  The plaintiff should understand he may incur expenses as a result of the prosecution of this case.  In the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena only by tendering to each witness payment of a one-day witness fee of $40, plus mileage.  Also, court costs, which vary, but which can be very substantial, are normally assessed against the losing party.  This means that a plaintiff who loses a case, even though proceeding *in forma pauperis*, may be charged with, and obligated to pay, all court costs.

Now, having advised the plaintiff of the possible expense of litigation, it is ORDERED that the Motion to Proceed *In Forma Pauperis* (Doc. # 2) is GRANTED.

Done this the 19th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE