**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    MCW325
    J+C

    City of Brantley
    P.O. Box 44
    9042 West Emmett Street
    Brantley, AL 36009

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Davina Mount
B. Date of Delivery: 5/8/07
C. Signature: X Davina Mount
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Copy from service label): 7006 0100 0003 2054 6372

PS Form 3811, July 1999     Domestic Return Receipt     102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   07CV325 S+C

   Officer Michael Patrick
   City of Brantley
   P.O. Box 44
   9042 West Emmett Street
   Brantley, AL 36009

2. Article Number (Copy from service label)  7006 0100 0003 2054 6365

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Davina Mount
B. Date of Delivery: 5/8/07
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952