# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| Cedric Bennett, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | 2:07-CV-325-F |
| | * | |
| City of Brantley, Alabama, and Officer Michael Patrick, | * | |
| | * | |
| Defendants. | * | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW the Defendants, in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but no trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

| Reportable Entity | Relationship to Party |
|---|---|
| Bernie Sullivan | Town of Brantley Mayor |
| Larry Morgan | Town of Brantley Administrator |
| Lorey Bogen | Town of Brantley Councilmember |
| Darryl Elliot | Town of Brantley Councilmember |
| Brian Morgan | Town of Brantley Councilmember |
| Steve Walker | Town of Brantley Councilmember |
| Judy Woolley | Town of Brantley Councilmember |

        s/ April W. McKay

---

ALEX L. HOLTSFORD, JR. (HOL048)
RICK A. HOWARD (HOW045)
APRIL W. MCKAY (WIL304)
Attorneys for City of Brantley, Alabama
and Officer Michael Patrick

OF COUNSEL:
Nix Holtsford Gilliland
    Higgins & Hitson, P.C.
P.O. Box 4128
Montgomery, AL 36103-4128
(334) 215-8585

## CERTIFICATE OF SERVICE

I hereby certify that I have this day sent by mail, postage prepaid, an exact copy of the foregoing document to:

Jay Lewis
847 South McDonough Street
Suite 100
Montgomery, Alabama 36104

This the 18th day of June, 2007.

        s/ April W. McKay

---

        OF COUNSEL

2